UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeremiah Ybarra, | Case No. 21-cv-1846 (WMW/HB) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Warden Kallis, | |
| Respondent. | |

Before the Court is the August 30, 2021 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer.  (Dkt. 4.)  No objections to the R&R were filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.  Based on the R&R, the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 30, 2021 R&R, (Dkt. 4), is **ADOPTED**.

2. Petitioner Jeremiah Ybarra's application to proceed in forma pauperis, (Dkt. 3), is **DENIED** as moot.

3. Petitioner Jeremiah Ybarra's petition for a writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  October 27, 2021               s/Wilhelmina M. Wright
                                        Wilhelmina M. Wright
                                        United States District Judge